United States District Court
Southern District of Ohio



2012 JUN -5 PM 1:34

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Joseph P. Kinneary United States Courthouse
85 Marconi Boulevard, Suite 121
Columbus, Ohio  43215

James Bonini
Clerk of Court

Telephone:  614.719.3000
Facsimile:   614.719.3037

### Related Case Memorandum
### Civil Cases

TO: Judge Watson, Judge King and Judge Kemp

FROM: Susan Rasoletti, Case Administrator

DATE: May 22, 2012

SUBJECT: Case Caption: Louisiana Municipal Police Employees' Retirement Systems, et al., v. Berger, et al.,

CASE: Case Number: 2:12-cv-447

File Date: May 22, 2012

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:   Lorene Lamb v. Jeffrey Paul Berger, et al.,

Case Number: 2:12-cv-445          District Judge: Watson

File Date: May 21, 2012           Magistrate Judge: King

**Related Case(s):**

Case Caption: _____

Case Number: _____      District Judge: _____

File Date: _____      Magistrate Judge: _____

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator _____ _____ as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _Watson_.

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to **agree** and will accept any decision made by the Chief Judge.

*Michael H. Watson*
United States District Judge

*Michael H. Watson*
United States District Judge

cc: Jennifer Kacsor, Wanda Harrison and Karen Mitchell